IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JOHN B. THOMPSON,

Plaintiff,

v. Case No. 07-21256 (Judge Adalberto Jordan)

THE FLORIDA BAR and
DAVA J. TUNIS,

Defendants.

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF INJUNCTIVE AND DECLARATORY RELIEF HE SEEKS**

COMES NOW plaintiff, John B. Thompson, hereinafter Thompson, as an attorney on his own behalf, and provides notice to the court of supplemental case authority in support of the relief he seeks, stating:

1. Now something good has come to us from New Jersey in addition to Frank Sinatra, Tony Soprano, and Bruce Springsteen. This gift is from the New Jersey Disciplinary Review Board, and the news reportage of its opinion is attached to this filing as additional legal authority suggesting that the tactics used by The Florida Bar against Thompson are themselves unethical.

2. This court is asked to note that the NJ DRB finds that threatening an opponent with a mental health evaluation is unethical. What has The Florida Bar done to Thompson? Exactly the same thing.

3. The baselessness of this demand by The Florida Bar is shown by the fact that The Bar refuses to comply with the procedures set forth in its Rule 3-7.13 which failure has already been exhaustively detailed to this court in prior pleadings. The Bar has

wedded this extortionate, unethical demand to the possible resolution of the ethics charges that are pending in the disciplinary proceedings.

4. The Florida Bar is doing precisely what is deemed unethical by a sister state's bar: threatening an opponent with a psych evaluation just for the sake of intimidating that opponent.

WHEREFORE, plaintiff herein respectfully asks this court to consider this analysis in New Jersey as helpful guidance as to the bad faith and the unethical conduct of The Florida Bar whose staff prosecutor, Sheila Tuma, should be disciplined for this type of extortionate, unethical nonsense.

I HEREBY CERTIFY that this has been served upon record counsel this 14th day of September, 2007, electronically.

/s/ JOHN B. THOMPSON, Plaintiff
Attorney, Florida Bar #231665
1172 South Dixie Hwy., Suite 111
Coral Gables, Florida 33146
Phone: 305-666-4366
amendmentone@comcast.net